United States District Court
Southern District of Texas

**ENTERED**

July 06, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ANNICA YBARRA, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER |
| vs. | ) | |
| | ) | M-22-172 |
| UPS CARTAGE SERVICES, INC. D/B/A | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| Defendant. | ) | |

<u>ORDER OF REMAND</u>

On this day came on to be considered Plaintiff Annica Ybarra's Motion to Remand and the Court, after having considered same and Defendant UPS Cartage Service's Response in which Defendant states it has no opposition to the Motion, is of the opinion that said Motion should be granted.  It is, therefore,

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion to Remand is GRANTED and the above-styled case is hereby REMANDED to Hidalgo County Court at Law Number 7, and the Clerk shall take the necessary steps to effectuate said remand.

DONE on this 6th day of July, 2022, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE